UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**  JS-6

Case No.   2:24cv08099 CAS (PVCx)   Date: June 12, 2025

Title   *CITY OF LOS ANGELES v. PULICE CONSTRUCTION, INC.*

Present: The Honorable:   CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS)** – NOTICE OF CONDITIONAL SETTLEMENT AND JOINT STIPULATION TO STAY ACTION PENDING FINAL APPROVAL OF SETTLEMENT[26] (Filed June 12, 2025)

NOTICE OF ERRATA REGARDING EXHIBIT A TO DKT. NO. 26[27] (Filed June 12, 2025)

THE COURT, having been notified by counsel that the above-entitled action has been conditionally settled on or about June 11, 2025 and the above-referenced filings;

IT IS HEREBY ORDERED that this action is hereby removed from this Court's active caseload until further application by the parties or order of this Court.

IT IS FURTHER ORDERED that counsel shall file a proper stipulation for dismissal or a joint report detailing settlement status no later than August 29, 2025, and every quarter thereafter until a stipulation for dismissal is filed.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.  All dates in this action are hereby **VACATED**.

IT IS SO ORDERED.

00:00
**Initials of Preparer**   CMJ